Receipt #11089416
$9.24
02/26/2010

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

February 25, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    John Gurney
            d/b/a Gurney's Olde Coach Inn, d/b/a Gurney's Liquor
            Bk. No. 05-10014K

Dear Sir/Madam:

Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of John Gurney's check no. 110 in the amount of $9.24 which represents payment of the following claims:

| | | | |
|---|---|---|---|
| 1. | Claim No. 2 | Niagara Mohawk<br>PO Box 5026<br>Buffalo, NY 14205 | $2.14 |
| 2. | Claim No. 3 | Niagara Mohawk<br>PO Box 5026<br>Buffalo, NY 14205 | $2.73 |
| 3. | Claim No. 4 | Lakeside Memorial Hospital<br>156 West Avenue<br>Brockport, NY 14420 | $4.37 |

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

FILED FEB 26 2010 BANKRUPTCY COURT BUFFALO, NY

JHR/pls
Enc.

# Claims Distribution Small Checks

Case: 05-10014 - GURNEY, JOHN

Trustee: JOHN H. RING, III (520550)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 31258639836 | 110 | 02/25/10 | | | | Payee: U.S. Bankruptcy Court, WDNY | | | | Check Amount: $9.24 |
| | | | 2 | 02/17/05 | 610 | Niagara Mohawk<br>PO Box 5026<br>Buffalo, NY 14205 | 48.94 | 48.94 | 2.14 | 2.04 |
| | | | 3 | 02/17/05 | 610 | Niagara Mohawk<br>PO Box 5026<br>Buffalo, NY 14205 | 62.43 | 62.43 | 2.73 | 2.83 |
| | | | 4 | 05/04/05 | 610 | Lakeside Memorial Hospital<br>156 West Avenue<br>Brockport, NY 14420 | 100.00 | 100.00 | 4.37 | 4.37 |



FEB 26 2010
BANKRUPTCY COURT
BUFFALO, NY

(*) Denotes objection to Amount Filed